# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rose, Thomas M. | U.S. District Ct., S.D. Ohio | 5/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

200 West Second Street
9th Floor, Federal Building
Dayton, OH 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Rose and Buerger Farms LLP |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1976 | Public Employees Retirement System, no control, retirement |
| 2. 2005 | Northwestern Mutual Individual retirement account - self directed (rolled from Ohio Deferred Comp Fund) |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Ohio Public Employee Retirement System (Retirement) | $84,056.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Greene Co., OH/State of Ohio- Greene County Clerk of Courts/Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Old Fort Banking | Mortgage on Investment Property/Cedarville, OH | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Napoleon Ohio SD GO Bonds 12/1/14 | A | Dividend | | | Redeemed | 12/01/14 | J | A | |
| 2. | Wilmington Ohio Water Rev Bond 6/15/16 | A | Dividend | J | T | | | | | |
| 3. | $Celina Ohio G.O. Bond 12/1/20 | A | Interest | | | Redeemed | 12/04/14 | K | A | |
| 4. | $Centerville Ohio Hlth Ca (Bethany Luthern) Vlg Proj 11/1/14 | A | Interest | | | Redeemed | 11/03/14 | K | A | |
| 5. | $Centerville Ohio Hlth Ca (Bethany Lutheran) Vlg. Proj 11/17 | B | Interest | K | T | | | | | |
| 6. | $Clyde Green Springs School Dist. Obligation Bond 12/1/15 | A | Dividend | K | T | | | | | |
| 7. | Field, OH Local Sch GO Bonds 12/1/18 | A | Dividend | J | T | | | | | |
| 8. | Franklin Co Health Care Fac Bond (Ohio Presb) 7/1/26 | A | Dividend | J | T | | | | | |
| 9. | $Hamilton County Ohio Facs Rev Bonds Children's Hosp 5-13/14 | B | Interest | | | Redeemed | 05/15/14 | K | A | |
| 10. | $Mahoning County Ohio Gen Obligation Bonds12/1/21 | B | Interest | K | T | | | | | |
| 11. | Ohio St Water Dev. Bonds (First Eng) 7/1/33 | A | Dividend | K | T | | | | | |
| 12. | Cleveland Ohio ARPT Sys Revenue 1/1/18 | A | Interest | K | T | | | | | |
| 13. | Cleveland Ohio ARPT Sys Revenue 1/1/15 | A | Interest | K | T | | | | | |
| 14. | Ohio State Wtr Dev Auth Bond 6/1/33 | A | Interest | J | T | | | | | |
| 15. | Hamiliton Cty, OH Swr Sys FAC Bonds 12/1/17 (X) | A | Interest | K | T | | | | | |
| 16. | Ross County, OH Hosp Fac Rev. Bonds (Adena) (12-1/28) | A | Interest | K | T | | | | | |
| 17. | Sprint Nextel Common Stock | A | Dividend | | | Sold | 04/29/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Alerian MLP ETF | A | Interest | K | T | | | | | |
| 19. Eaton | A | Dividend | K | T | | | | | |
| 20. Corning | A | Dividend | | | Sold | 04/29/14 | K | D | |
| 21. Ford | A | Dividend | J | T | | | | | |
| 22. | A | Dividend | | | Buy (add'l) | 03/05/14 | J | | |
| 23. Conoco Phillips | A | Dividend | J | T | | | | | |
| 24. Boeing Co. Common Stock | A | Dividend | K | T | | | | | |
| 25. | A | Dividend | K | T | Buy | 05/07/14 | J | | |
| 26. GE Common Stock | A | Dividend | K | T | | | | | |
| 27. | A | Dividend | | | Buy (add'l) | 02/10/14 | J | | |
| 28. | A | Dividend | | | Buy (add'l) | 12/24/14 | J | | |
| 29. Thornburg Value Fund Class A Re/Re/Re 50586 | A | Dividend | K | T | | | | | |
| 30. Thornburg Invest. Income Class A 50590 | B | Dividend | K | T | | | | | |
| 31. Sprint Nextel Corp | A | Dividend | | | Sold | 04/29/14 | J | A | |
| 32. Ishares China Index | A | Dividend | | | Sold | 09/26/14 | K | A | |
| 33. Johnson and Johnson | A | Dividend | K | T | | | | | |
| 34. Caterpillar | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Facebook Common Stock | A | Dividend | K | T | | | | | |
| 36. | A | Dividend | | | Buy (add'l) | 04/01/14 | J | | |
| 37. | A | Dividend | | | Buy (add'l) | 04/09/14 | J | | |
| 38. | A | Dividend | | | Buy (add'l) | 06/11/14 | J | | |
| 39.  Weyerhaeuser stock | A | Dividend | K | T | | | | | |
| 40.  Timkin | A | Dividend | J | T | | | | | |
| 41.  Akamai | A | Dividend | J | T | | | | | |
| 42.  Applied Material | A | Dividend | J | T | | | | | |
| 43.  Pioneer | A | Dividend | | | Sold | 10/01/14 | J | B | |
| 44.  Johnson Control | A | Dividend | K | T | | | | | |
| 45. | A | Dividend | | | Buy (add'l) | 05/02/14 | J | | |
| 46. | A | Dividend | | | Buy (add'l) | 05/23/14 | J | | |
| 47.  Dresser Ran | A | Dividend | J | T | | | | | |
| 48.  Joy Global | A | Dividend | | | Buy (add'l) | 03/15/14 | J | | |
| 49. | A | Dividend | | | Sold | 10/01/14 | J | A | |
| 50. | A | Dividend | | | Sold | 10/01/14 | K | A | |
| 51.  Sandridge Common Stock | A | Dividend | | | Sold | 12/22/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Bank of America Common | A | Dividend | | | Sold | 07/30/14 | J | A | |
| 53. Nokia | A | Dividend | | | Buy | 02/28/14 | J | | |
| 54. | | | | | Sold | 12/12/14 | J | A | |
| 55. JC Penney | A | Dividend | J | T | Buy | 08/25/14 | J | | |
| 56. Direct TV | A | Dividend | K | T | Buy | 12/23/14 | K | | |
| 57. Dow Chemical | A | Dividend | J | T | Buy | 10/31/14 | J | | |
| 58. Honeywell | A | Dividend | J | T | Buy | 10/31/14 | J | | |
| 59. TJX | A | Dividend | J | T | Buy | 02/13/14 | J | | |
| 60. Walt Disney | A | Dividend | J | T | Buy | 11/26/14 | J | | |
| 61. Columbia Acorn International Fund | A | Dividend | J | T | | | | | |
| 62. Fidelity Advisor Mid Capp II Fund | A | Dividend | J | T | | | | | |
| 63. Fidelity Advisor New Insights Fund Class | A | Dividend | K | T | | | | | |
| 64. Harbor Bond Fund Institutional Class | A | Dividend | | | Sold | 09/22/14 | K | A | |
| 65. Harbor Real Return Fund Institutional | A | Dividend | | | Sold | 09/22/14 | J | A | |
| 66. The Oakmark International Fund | A | Dividend | J | T | | | | | |
| 67. Perkins Mid Cap Value Fund | A | Dividend | | | Sold | 09/12/14 | J | A | |
| 68. MFS Value Fund Class | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MFS International Growth Fund Class W | A | Dividend | | | Sold | 09/22/14 | J | A | |
| 70. T Rowe Price Emerging Markets | A | Dividend | J | T | | | | | |
| 71. T Rowe Price Real Estate | A | Dividend | J | T | | | | | |
| 72. Scout International Fund | A | Dividend | | | Sold | 09/22/14 | J | A | |
| 73. Templeton Global Bond Fund Class A | A | Dividend | J | T | | | | | |
| 74. Northern Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 75. Pimco Income Fund Class | A | Dividend | K | T | | | | | |
| 76. Europacific Growth Fund | A | Dividend | J | T | Buy | 09/22/14 | J | | |
| 77. Am. Century Diversified Bonds | A | Dividend | J | T | Buy | 09/22/14 | J | | |
| 78. Dodge & Cox Income Fund | A | Dividend | K | T | Buy | 09/22/14 | K | | |
| 79. Hartford World Bond Fund | A | Dividend | J | T | Buy | 09/22/14 | J | | |
| 80. Int Growth & Income Fund | A | Dividend | J | T | Buy | 09/22/14 | J | | |
| 81. Pimco Commod. Plus Fund | A | Dividend | J | T | Buy | 09/22/14 | J | | |
| 82. Principal High Yield | A | Dividend | J | T | Buy | 05/06/14 | J | | |
| 83. John Hancock Discp Fund | A | Dividend | J | T | Buy | 05/06/14 | J | | |
| 84. Metropolitan West Total Return Fund | A | Dividend | J | T | Buy | 10/17/14 | J | | |
| 85. Sweney Cartwright Stock Cash Account | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/11/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Rose and Buerger Farms, LLP (fka KSJ Stables LLP) | A | Distribution | L | W | | | | | |
| 87.  3711 St. Rt. 72, Greene County, Ohio | E | Rent | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 5/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Rose**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544